Dismissed, Opinion of January 8, 2004, Withdrawn, and Corrected
Memorandum Opinion filed February 12, 2004









 

Dismissed, Opinion of January 8, 2004, Withdrawn, and
Corrected Memorandum Opinion filed February 12, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00749-CR

____________

 

TELLY RAYMON LEE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Court at Law No.
2 

Fort Bend County, Texas

Trial Court Cause No.  103,058

 



 

C O R R E C T E D   M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

 

PER CURIAM

 








Judgment rendered
and Corrected Memorandum Opinion filed February 12, 2004.

Panel consists of
Justices Yates, Hudson and Fowler

Do not publish C Tex.
R. App. P. 47.2(b).